IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| RUTH WILLOUGHBY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>STORE #177 and ELAINE )<br>PLACE LIMITED PARTNERSHIP, )<br>owner of property, )<br>)<br>Defendants. ) | Civil Action No. 1-04-1030-T |

## ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiff and Defendants are hereby dismissed with prejudice.

_____
JUDGE

Date: 30 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05

M CJS 899817 v1
2825865-000067 08/31/05

APPROVED:

*/s/ Clinton J. Simpson*
Clinton J. Simpson, Esquire (#20284)
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000
Attorney for Defendants Wal-Mart Stores, Inc.
and Elaine Place Limited Partnership

*/s/ Robert T. Keeton III by CJS*
Robert T. Keeton, III, Esquire
Law Offices of Robert T. Keeton
Post Office Box 647
Huntington, TN 38344
Attorney for Plaintiff Ruth Willoughby

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01030 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT